UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS DIEQUEZ MONTORO,

       Petitioner,

v.                                                             Case No.:  2:26-cv-01041-SPC-NPM

U.S. ATTORNEY GENERAL *et al.*,

       Respondents.

                                /

## <u>OPINION AND ORDER</u>

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 17).  Alexis Diequez Montoro filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Diequez Montoro would be removed in the reasonably foreseeable future.  But in light of Diequez Montoro's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Diequez Montoro is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Alexis Diequez Montoro's Petition for Writ of Habeas Corpus (Doc. 1) is

**GRANTED**.

1. The respondents shall release Diequez Montoro within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record